

## NUMBER 13-18-00681-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

CUERO RETAIL PARTNERSHIP,
LTD.,                                                              Appellant,

v.

DEWITT COUNTY APPRAISAL
DISTRICT,                                                          Appellee.

### On appeal from the 135th District Court
### of DeWitt County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Benavides and Hinojosa
### Memorandum Opinion by Justice Benavides

Appellant, Cuero Retail Partnership, Ltd., filed an appeal from a judgment entered by the 135th District Court of De Witt County, Texas, in cause number 18-10-24,686. Appellant has filed an unopposed motion to dismiss the appeal and requests that this Court dismiss the appeal with prejudice.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED WITH PREJUDICE. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

GINA M. BENAVIDES,
Justice

Delivered and filed the
28th day of March, 2019.

2